■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE SPATARELLA and JAMES GRIFFIN, Appellants.— Judgment of the County Court, Suffolk County, entered June 22, 1972, affirmed. No opinion. Certificates will be issued herewith remitting the case to the County Court, Suffolk County, which shall direct the defendants to surrender themselves in order that execution of the judgments shall be commenced or resumed (CPL 460.50, subd. 5). Hopkins, Acting P. J., Martuscello, Latham, Shapiro and Benjamin, JJ., concur.